An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH E. BROOKS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63345

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from orders denying a motion to withdraw a guilty plea and a motion for reconsideration. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

To the extent that appellant appealed from the decision denying his motion to withdraw a guilty plea, the notice of appeal was untimely filed. Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal. To the extent that appellant appealed from the decision to deny his motion for reconsideration, no statute or court rule permits an appeal from an order denying a motion for reconsideration. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26521

cc: Hon. Valorie J. Vega, District Judge
Keith E. Brooks
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk